**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUTH SANCHEZ, | Case No. 4:20-cv-07090-JST |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Pursuant to the parties' joint motion, this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs of suit and attorneys' fees.

IT IS SO ORDERED.

DATED: July 30, 2021

_____
Honorable Jon S. Tigar
United States District Judge